Edward B. Zahn, for appellants; Charles R. Barrett, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Ruth Schuessler, Appellant, v. Charles J. Wollin, Appellee.

Gen. No. 44,812.

Max Raphael and Clarence K. Graves, for appellant; Marks & Marks, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

In re Estate of Sarah Hart, Deceased.
John Hart, Appellant, v. Charles J. Reilly and Marie Manzke, Executors of Estate of Sarah Hart, Deceased, Appellees.

Gen. No. 44,951.

John P. Loughnane, for appellant; Charles D. Snewind, of counsel; Clair T. Driscoll, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Ruth I. Ott Leichtfeld, Individually, and as Administrator of Estate of William Paul Leichtfeld, Deceased, Appellant, v. Eugene E. Dornbaugh, Executor of Estate of Anna Leichtfeld, Deceased, Appellee.

Gen. No. 44,973.

C. C. Ownbey, for appellant; Swanson, Dodge & Dornbaugh and Arthur Abraham, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.